# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 13-CR-2522-JLS |
| | ) | |
| Plaintiff, | ) | **JUDGMENT AND ORDER OF** |
| vs. | ) | **DISMISSAL OF INDICTMENT** |
| | ) | |
| LUIS AGUILAR HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case No. 13-CR-2522-JLS against Defendant Luis Aguilar Hernandez be dismissed without prejudice.

IT IS SO ORDERED.

DATED: August 8, 2013

HONORABLE JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE